J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Gordon De Leon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>  GORDON DE LEON<br><br><br>      Defendant, | Cr. No. S-87-164 LKK<br>CORRECTED<br>REQUEST FOR ORDER AND ORDER<br>EXONERATING BOND |

On or about August 12, 1987, a $ 100,000 appearance bond, secured by a deed against the real property of Gordon and Donna De Leon was posted on behalf of Gordon De Leon in the above entitled case.

The Defendant subsequently entered a guilty plea and was sentenced. He reported to the designated Federal Prison, served his sentence and was released.

There is no record of the bond being exonerated. The property is now being sold and the De Leons are requesting the Clerk of the Court be directed to reconvey the deed of trust to the Trustors.

Dated January 30, 2006

Respectfully submitted                  _____J. Toney_____

1

ORDER

IT IS HEREBY ORDERED that the bail bond in the amount of $100,000 posted by Gordon and Donna De Leon and secured by a Deed of Trust for their home at 4757 Lyric Lane, San Jose CA, 95111 is hereby exonerated.

Dated: January 31, 2006

/s/Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, U.S. District Judge

2